(9/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

Middle District of Georgia

**Appendix A**

(Legal) *Denise McMullen aka*
*Denise M GARY*
_____
Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*
-v-

*see attached*
_____
Defendant(s)
*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*  ☐ Yes  ☐ No

## COMPLAINT FOR A CIVIL CASE / *CRIMINAL CAS*

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if
needed.

| | |
|---|---|
| Name | *Denise McMullen (legal) aka Denise M GARY* |
| Street Address | *1472 CanteRbury RD* |
| City and County | *Macon  GA  (BiBB)* |
| State and Zip Code | *GA   31206* |
| Telephone Number | *478 841-8036* |
| E-mail Address | *dmcmullen1747@gmail.com* |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an
individual, a government agency, an organization, or a corporation. For an individual defendant,
include the person's job or title *(if known)*. Attach additional pages if needed.

19

(9/16) Complaint for a Civil Case

Defendant No. 1
    Name           Donald Trump (president elect)
    Job or Title *(if known)*
    Street Address   1100 S. Ocean Blvd
    City and County  Palm Beach
    State and Zip Code  Florida 32 33480
    Telephone Number
    E-mail Address *(if known)*  Info@DonaldTrump.com

Defendant No. 2
    Name           George Bush (Ex President)
    Job or Title *(if known)*
    Street Address   699 Mill Rd
    City and County  Crawford   McLennan County
    State and Zip Code  Texas    76638
    Telephone Number  214 890 9943 951-399-2249  214 200 4300
    E-mail Address *(if known)*  Info@bushcenter.org
                        info@georgewbushlibrary.com

Defendant No. 3
    Name           U S Department of Justice
    Job or Title *(if known)*
    Street Address   950 Pennsylvania Ave NW
    City and County  Washington
    State and Zip Code  D C , 20530-0001
    Telephone Number  202 514-2000
    E-mail Address *(if known)*  Info@bushcenter.org

Defendant No. 4
    Name           U.S. Department of Homeland
    Job or Title *(if known)*  Director   Security
    Street Address   2707 Martin Luther King JR SE
    City and County  Washington, DC
    State and Zip Code  20528-0525
    Telephone Number  202 282-8000
    E-mail Address *(if known)*

U.S Department of Defense

See additional page

U.S. Department of the Treasury
2015

Federal Trade Commission

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

*Violation of Constitutional Amendment 13, 14, 1, 8 Violation of Federal policy Common Rule*

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

   a.    If the plaintiff is an individual
   The plaintiff. *(name)* Denise McMullen (legal) aka Denise M Gary . is a citizen of the
   State of *(name)* Georgia .

   b.    If the plaintiff is a corporation
   The plaintiff. *(name)* N/A . is incorporated
   under the laws of the State of *(name)* _____ .
   and has its principal place of business in the State of *(name)*
   _____ .

   (If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)

2.    The Defendant(s)

   a.    If the defendant is an individual
   The defendant. *(name)* Donald Trump - Fla George Bush - Texas Barack Obama . is a citizen of
   the State of *(name)* ⌐ Chicago IL . Or is a citizen of
   *(foreign nation)* _____ .

   b.    If the defendant is a corporation

21

(9/16) Complaint for a Civil Case

*Department of Treasury*
*Federal Trade Commission*
*Us dept of Justic, Homeland Security/*

The defendant. *(name)* *Department of Defense* . is incorporated under

the laws of the State of *(name)* *Washington DC* . and has its

principal place of business in the State of *(name)* *Washington DC* .

Or is incorporated under the laws of *(foreign nation)*

and has its principal place of business in *(name)*

(If more than one defendant is named in the complaint, attach an additional page providing the
same information for each additional defendant.)

3.    The Amount in Controversy

The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at
stake-is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the
facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was
involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including
the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and
write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

*Federal government and Departments along with especially*
*named Presidents of the U.S conspired to defraud*
*and assault / batter myself and family thru a new*
*medium of Thought communication and spiritual realm*
*technology nonconsentually for the reason of*
*making money even though my consent was not given*
*and continual notification of my protest was communicated*
*by email, text, twitter, phone call or T.V. skype.*

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal
arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include
the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any
punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or
punitive money damages.

*I want the court to return my total wealth for*
*two plus decades of abuse (technological) where my*
*every thought word and deed was nationally and*
*globally known without my consent.*
*Estimation of money owed is*
*$1,999 trillion + 600 plus trillion*
*gifted properties (30-40 million) across the nation +*
*million of gifted cars . world*
*commercial buildings - gifted and built with my*
*money. (Westin, Escala (in Seattle), Davien Ct - Great Island.*
*my mail, bequeath wills, personal item gifted to*
*me by the public for my abuse, and furniture.*
*See my printed emails for physical assault + battery by technology*

(9/16) Complaint for a Civil Case

## V.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   _Denise McMullen_

Signature of Plaintiff   _Denise Mc Mullen_
Printed Name of Plaintiff   _Denise mc Mullen_

### B.   For Attorneys

Date of signing:   _____

Signature of Attorney   _____
Printed Name of Attorney   _____
Bar Number   _____
Name of Law Firm   _____
Street Address   _____
State and Zip Code   _____
Telephone Number   _____
E-mail Address   _____

**APPENDIX B**

23

CERTIFICATE OF SERVICE FORMAT

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing _____

(Name of pleading)

was mailed/delivered to _____ at _____

(Name of defendant(s) or                    (Physical or E-Mail Address)
defendant's attorney)

_____

(Signature and date)

_____

(Address)

_____

(Phone Number)

24





Please add
Joe or Jane Doe to Defendents List

2.

— Kamela Harris
1 Observatory Circle N.W
Washington DC
20088
contact @ e-kamelaharris.com
202 456 1111
— NSA (national Security Agency)
9800 Savage Rd Suite 6272
Fort George G, Meade, MD 20755-6000
301-688-6311

Impersonators or Techs in Macon GA trained by
                                Barrach obama + Tyler
— Star Hutchings Perdve       perry to abuse me.
Hutchings Funeral home   536 New St   macon GA
478-743-1212  Macon GA

— Melanie Hutchings  (sister in law to STAR)
Hutchings Funeral home  536 New st  macon GA
478-743-1212

— Isis Brown Taylor
RN in Macon GA   Husband is an
ex-sheriff named Eli Taylor

— Leslie Scarbary
RN in Macon GA employee of Navient Health

— Penny Windham
ex manager Navient Health
Macon GA         141 S. Winston St
                    OR Reynolds GA 31076
P.O Box 603
Reynolds GA 31076



Defendents — page 20 (continue)                    1.
Federal Trade Commission
600 Pennsylvania Ave, N.W.
    Washington, DC 20580
        202 326 - 2222


U.S Department of Defense    attn: Director
1400 Defense Pentagon
    Washington DC 20301 - 1400
        703 - 697 - 9312


US Department of Treasury
1500 Pennsylvania Ave, NW.
    Washington DC 20220
    1- 202 622 - 2000


EX President Barack Obama
        P.O Box 779056
        Chicago,
            IL 60677 - 9056
        info @ obama.org


President Joe BiDEN
    1209 Barley Mill Rd
    Wilmington, DE
    19807
        1 302 404 0880                — OVER.
    info @ contact. joebiden. com

3.

Defendents List page 2 ~~foro~~ from page 20.
Tyler Perry
impersonator of the real Tyler Perry
who communicates via thought to
the masses (public)

Michelle Obama
impersonator of the real Michelle
Obama who communicates via
thought to the masses (public)

Sheriff David Davis.
668 Ogle Thorpe St.
Macon GA 31201
478-751-7500

Macon FBI   attn Supervisor Gibbs
201 2nd Street # 700
Macon GA 31201
478 745-1271

Mayor Lester Miller
of Macon GA. (BiBB County)
700 Poplar Street
Macon GA 31201
miller@maconbibb.us
478-751-7170

Defendent Respondent          from PAGE 25

Donald Trump
George Bush
Barack Obama
Joe Biden
US Department of Justice
US Department of Home land Security
Federal Trade Commission
US Department of Defense
US Department of Treasury
Jane or John Doe