IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| DENISE MCMULLEN, *also known as Denise M Gary* <br>      Plaintiff, <br> v. <br><br> DONALD TRUMP, et al, <br><br>      Defendants. | * <br><br> * <br> Case No. 5:25-cv-00001-TES <br> * <br><br> * <br><br> * |

## **J U D G M E N T**

Pursuant to this Court's Order dated January 6, 2025, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendant.

This 7th day of January, 2025.

                David W. Bunt, Clerk

                s/ Raven K. Alston, Deputy Clerk